W. SHARP, Judge.
We quash the departure sentence imposed in this case (beyond the one cell bump-up authorized by the guidelines)[1] because the reasons given relate solely to factors concerning Rossignol’s violations of probation. See Ree v. State, 565 So.2d 1329 (Fla.1990); Franklin v. State, 545 So.2d 851 (Fla.1989); Lambert v. State, 545 So.2d 838 (Fla.1989); McGuire v. State, 555 So.2d 1327 (Fla. 5th DCA 1990); Wright v. State, 554 So.2d 554 (Fla. 5th DCA 1989); Thomas v. State, 552 So.2d 1195 (Fla. 5th DCA 1989).
Accordingly we remand for resentencing within the authorized one cell bump-up.
QUASH SENTENCE; REMAND.
COWART, J., and DANIEL, C.W., Judge, Retired, concur.

. Fla.R.Crim.P. 3.701d.l4.